UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAR 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

YUGA LABS, INC.,

                Plaintiff - Appellee,

 v.

RYDER RIPPS and JEREMY CAHEN,

                Defendants - Appellants.

No. 24-879

D.C. No.
2:22-cv-04355-JFW-JEM
Central District of California,
Los Angeles

ORDER

---

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 27) for relief from the court's March 8, 2024 order is granted.

The Clerk will place this case on the calendar for August 2024 or the next available calendar thereafter.